UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RICHARD A. BOOTH                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:07cv2-DPJ-JCS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY                                                                          DEFENDANT

JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge James C. Sumner entered in this case on August 7, 2008. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this case should be dismissed. Accordingly,

IT IS ORDERED AND ADJUDGED that the Decision of the Commissioner of Social Security is affirmed and this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 3th day of September, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE